IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Sep 05, 2018**
SUE BEITIA, CLERK

In the Matter of:

REASSIGNMENT OF CASES

## **ORDER OF REASSIGNMENT OF CASES**

The following civil cases are reassigned from Judge Derrick K. Watson to

Judge Jill A. Otake.   Magistrate Judges' assignments remain unchanged.

1.  *Padua v. Bank of America, N.A.*, Civ. No. 13-00141 DKW-KJM;

2.  *Adon Constr. Inc. vs. Renesola Am. Inc.*, Civ. No. 16-00568 DKW-RLP;

3.  *Barnes v. Henry*, Civ. No. 16-00588 DKW-RLP;

4.  *Commerce and Indus. Ins. Co. v. Unlimited Constr. Servs., Inc.*, Civ. No. 16-00594 DKW-RLP;

5.  *Niimoto v. Haw. State Bd. of Educ.*, Civ. No. 17-00062 DKW-KJM;

6.  *Jane Does 1-10 v. State of Hawaii*; Civ. No. 17-00143 DKW-KSC;

7.  *Ross v. Rengo Packaging, Inc.*, Civ. No. 17-00200 DKW-RLP;

8.  *Otani v. Cty. of Maui*, Civ. No. 17-00281 DKW-KJM;

9.  *Wunderlin v. AB Car Rental Servs., Inc.*, Civ. No. 17-00392 DKW-KSC;

10. *Breast Care Ctr. of Haw. LLC v. Fujifilm Med. Sys. U.S.A., Inc.*, Civ. No. 17-00443 DKW-RLP;

11.    *Allosada v. CIT Bank N.A.*, Civ. No. 17-00450 DKW-RLP;

12.    *Chelius v. Wright*, Civ. No. 17-00493 DKW-KSC;

13.    *State Farm Fire & Cas. Co.v. Ha*, Civ. No. 17-00527 DKW-KJM;

14.    *Cohn v. Research Corp. of the Univ. of Haw.*, Civ. No. 17-00614 DKW-KSC;

15.    *Angeleo v. Haw. Health Sys. Corp.*, Civ. No. 17-00616 DKW-RLP;

16.    *Ass'n of Apartment Owners of Hanohano Hale v. Great Am. Ins. Agency, Inc.*, Civ. No. 18-00014 DKW-KSC;

17.    *Philpot v. World Pub. Library Ass'n*, Civ. No. 18-00057 DKW-RLP;

18.    *State Farm Fire and Cas. Co. v. Prescott*, Civ. No. 18-00127 DKW-KJM;

19.    *DKI808, LLC v. Sustainable Modular Mgmt., Inc.*, Civil No. 18-00157 DKW-RLP;

20.    *Yoshikawa v. City & Cty. of Honolulu*, Civ. No. 18-00162 DKW-KSC;

21.    *In Re: Servicemembers Civil Relief Act Orders*, Civ. No. 18-00191 DKW-RLP;

22.    *Guzman v. City & Cty. of Honolulu, Honolulu Police Dep't*, Civ. No. 18-00193 DKW-KSC;

23.    *Dep't of Educ., State of Haw. v. L.S.*, Civ. No. 18-00223 DKW-KSC;

24.    *Petersendean Haw. LLC v. JLM Energy, Inc.*, Civ. No. 18-00228 DKW-KSC;

25. *Coburn v. Lockheed Martin Operations Support, LLC*, Civ. No. 18-00252 DKW-RLP;

26. *Carroll v. Hawaiian Airlines, Inc.*, Civ. No. 18-00257 DKW-RLP;

27. *Phanthalasy v. Hawaiian Agents, Inc.*, Civ. No. 18-00285 DKW-RLP;

28. *20, LLC v. Ferreira*, Civ. No. 18-00311 DKW-KSC;

29. *Sakatani v. City & Cty. of Honolulu*, Civ. No. 18-00331 DKW-RLP;

30. *Becerra v. Starwood Hotels & Resorts Worldwide, Inc.*, Civ. No. 18-00334 DKW-RLP.

IT IS SO ORDERED.

DATED:   Honolulu, Hawaii, September 5, 2018.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*In the Matter of Reassignment of Cases*, Order of Reassignment of Cases

3