UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEINETTE KAINOA REYES; DANA K.A. BABA; DARNELL K. MALUYO; ARTEMIO PANLASIGUI, Individually and as Personal Representative of the Estate of DAWNIELLE C. PANLASIGUI, deceased, and as Next Friend to A.P. a minor; TIANA M. SOTO; MAELENE CRUZ; MONICA J. ALVES PERALTO; SHAWNA L. TALLMAN; REYNA M. BANKS; and VICTORIA SAUNOA-PIPER<br><br>          Plaintiffs,<br><br>     vs.<br><br>STATE OF HAWAII; NOLAN ESPINDA; ERIC G. TANAKA; CHAVON FREITAS; TAOFI MAGALEI, JR.; BRENT BAUMANN; GAUTA VAA; JAMES SINATRA; JOHN DOES 1-25; JANE DOES 1-25; AND DOE ENTITIES 1-25,<br><br>          Defendants. | CIVIL NO. 1:17-cv-00143 DKW/KSC<br><br>THIRD AMENDED SUMMONS IN A CIVIL ACTION |

## THIRD AMENDED SUMMONS IN A CIVIL ACTION

TO:

STATE OF HAWAII,

NOLAN ESPINDA, Individually and in his capacity as the Director of Public Safety;

ERIC G. TANAKA Individually and in his capacity as Warden;

CHAVON FREITAS Individually and in her capacity as an Adult Corrections Officer;

TAOFI MAGALEI, JR. Individually and in his capacity as an Adult Corrections Officer;

BRENT BAUMANN Individually and in his capacity as an Adult Corrections Officer;

GAUTA VA'A Individually and in his capacity as an Adult Corrections Officer; and

JAMES SINATRA Individually and in his capacity as an employee of the Department of Public Safety.

A lawsuit has been filed against you.

Within twenty-one (21) days after service of this Summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in

Rule 12(a)(2) or (3) of the Federal Rules of Civil Procedure - you must serve on the Plaintiffs an Answer to the attached Third Amended Complaint for Damages or a Motion under Rule 12 of the Federal Rules of Civil Procedure. The Answer or Motion must be served on the Plaintiffs or Plaintiffs' attorney, whose name and address are:

>TERRANCE M. REVERE
>CLARISSE M. KOBASHIGAWA
>REVERE & ASSOCIATES, LLLC
>970 North Kalaheo Street, Suite A301
>Kailua, Hawai'i 96734

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUE BEITIA
CLERK OF COURT

Date: October 22, 2018

/s/ SUE BEITIA by AFC, Deputy Clerk
Signature of Clerk or Deputy Clerk