ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 16 2022

at 9 o'clock and 00 min A. M
John A. Mannle, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEINETTE KAINOA REYES, DANA K.A. BABA, TIANA M. SOTO, SHAWNA L. TALLMAN, MONICA J. ALVES PERALTO, AND ARTEMIO PANLASIGUI, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAWNIELLE C. PANLASIGUI, <br><br> Plaintiffs, <br><br> vs. <br><br> ERIC G. TANAKA, <br><br> Defendant. | CIVIL NO. 17-00143 JAO-KJM <br><br> VERDICT FORM |

## **VERDICT FORM**

Please read the entire Verdict Form before proceeding to answer. *Unless otherwise instructed*, the jury must answer each of the questions on the form. If you find in favor of a plaintiff on a specific claim and award that plaintiff damages for that claim, you must indicate the amount of damages you are awarding her *for that specific claim only.*

Each answer requires the unanimous agreement of all of the jurors.

1

## PLAINTIFF LEINETTE KAINOA REYES

1. Did Plaintiff Leinette Kainoa Reyes establish by a preponderance of the evidence that Defendant Eric G. Tanaka deprived her of her right to be free from cruel and unusual punishment due to sexual assault committed by Taofi Magalei, Jr.?

    ___ YES          _X_ NO

2. Did Plaintiff Leinette Kainoa Reyes establish by a preponderance of the evidence that Defendant Eric G. Tanaka deprived her of her right to be free from cruel and unusual punishment due to his own failure to protect her from sexual assault committed by Taofi Magalei, Jr.?

    ___ YES          _X_ NO

3. Did Plaintiff Leinette Kainoa Reyes establish by a preponderance of the evidence that Defendant Eric G. Tanaka deprived her of her right to be free from cruel and unusual punishment due to Taofi Magalei, Jr.'s failure to protect her?

    ___ YES          _X_ NO

If you answered YES to any of the above, please proceed to questions 4 and 5. In any event, please also proceed to question 6.

4. What amount of damages do you award to Plaintiff Leinette Kainoa Reyes for Defendant Eric G. Tanaka's deprivation of her right to be free from cruel and unusual punishment? _____

5. What amount of punitive damages, if any, do you award to Plaintiff Leinette Kainoa Reyes for Defendant Eric G. Tanaka's deprivation of her right to be free from cruel and unusual punishment?_____

2

## PLAINTIFF DANA K.A. BABA

6. Did Plaintiff Dana K.A. Baba establish by a preponderance of the evidence that Defendant Eric G. Tanaka deprived her of her right to be free from cruel and unusual punishment due to sexual assault committed by Taofi Magalei, Jr.?

    ___ YES            _X_ NO

7. Did Plaintiff Dana K.A. Baba establish by a preponderance of the evidence that Defendant Eric G. Tanaka deprived her of her right to be free from cruel and unusual punishment due to his own failure to protect her from sexual assault committed by Taofi Magalei, Jr.?

    ___ YES            _X_ NO

8. Did Plaintiff Dana K.A. Baba establish by a preponderance of the evidence that Defendant Eric G. Tanaka deprived her of her right to be free from cruel and unusual punishment due to Taofi Magalei, Jr.'s failure to protect her?

    ___ YES            _X_ NO

If you answered YES to any of the above questions regarding Plaintiff Dana K.A. Baba, please proceed to questions 9 and 10. In any event, please also proceed to question 11.

9. What amount of damages do you award to Plaintiff Dana K.A. Baba for Defendant Eric G. Tanaka's deprivation of her right to be free from cruel and unusual punishment? _____

10. What amount of punitive damages, if any, do you award to Plaintiff Dana K.A. Baba for Defendant Eric G. Tanaka's deprivation of her right to be free from cruel and unusual punishment? _____

3

## PLAINTIFF SHAWNA L. TALLMAN

11. Did Plaintiff Shawna L. Tallman establish by a preponderance of the evidence that Defendant Eric G. Tanaka deprived her of her right to be free from cruel and unusual punishment due to sexual assault committed by Gauta Vaʻa?

    \_\_\_ YES              X NO

12. Did Plaintiff Shawna L. Tallman establish by a preponderance of the evidence that Defendant Eric G. Tanaka deprived her of her right to be free from cruel and unusual punishment due to his own failure to protect her from sexual assault committed by Gauta Vaʻa?

    \_\_\_ YES              X NO

13. Did Plaintiff Shawna L. Tallman establish by a preponderance of the evidence that Defendant Eric G. Tanaka deprived her of her right to be free from cruel and unusual punishment due to Gauta Vaʻa's failure to protect her?

    \_\_\_ YES              X NO

If you answered YES to any of the above questions regarding Plaintiff Shawna L. Tallman, please proceed to questions 14 and 15. In any event, please also proceed to question 16.

14. What amount of damages do you award to Plaintiff Shawna L. Tallman for Defendant Eric G. Tanaka's deprivation of her right to be free from cruel and unusual punishment?_____

15. What amount of punitive damages, if any, do you award to Plaintiff Shawna L. Tallman for Defendant Eric G. Tanaka's deprivation of her right to be free from cruel and unusual punishment?_____

## PLAINTIFF TIANA M. SOTO

16. Did Plaintiff Tiana M. Soto establish by a preponderance of the evidence that Defendant Eric G. Tanaka deprived her of her right to be free from cruel and unusual punishment due to sexual assault committed by Brent Baumann?

    ____ YES          __X__ NO

17. Did Plaintiff Tiana M. Soto establish by a preponderance of the evidence that Defendant Eric G. Tanaka deprived her of her right to be free from cruel and unusual punishment due to his own failure to protect her from sexual assault committed by Brent Baumann?

    ____ YES          __X__ NO

18. Did Plaintiff Tiana M. Soto establish by a preponderance of the evidence that Defendant Eric G. Tanaka deprived her of her right to be free from cruel and unusual punishment due to Brent Baumann's failure to protect her?

    ____ YES          __X__ NO

If you answered YES to any of the above questions regarding Plaintiff Tiana M. Soto, please proceed to questions 19 and 20. In any event, please also proceed to question 21.

19. What amount of damages do you award to Plaintiff Tiana M. Soto for Defendant Eric G. Tanaka's deprivation of her right to be free from cruel and unusual punishment? _____

20. What amount of punitive damages, if any, do you award to Plaintiff Tiana M. Soto for Defendant Eric G. Tanaka's deprivation of her right to be free from cruel and unusual punishment? _____

## PLAINTIFF MONICA J. ALVES PERALTO

21. Did Plaintiff Monica J. Alves Peralto establish by a preponderance of the evidence that Defendant Eric G. Tanaka deprived her of her right to be free from cruel and unusual punishment due to sexual assault committed by Brent Baumann?

    ___ YES          _X_ NO

22. Did Plaintiff Monica J. Alves Peralto establish by a preponderance of the evidence that Defendant Eric G. Tanaka deprived her of her right to be free from cruel and unusual punishment due to his own failure to protect her from sexual assault committed by Brent Baumann?

    ___ YES          _X_ NO

23. Did Plaintiff Monica J. Alves Peralto establish by a preponderance of the evidence that Defendant Eric G. Tanaka deprived her of her right to be free from cruel and unusual punishment due to Brent Baumann's failure to protect her?

    ___ YES          _X_ NO

If you answered YES to any of the questions above regarding Plaintiff Monica J. Alves Peralto, please proceed to questions 24 and 25. In any event, please also proceed to question 26.

24. What amount of damages do you award to Plaintiff Monica J. Alves Peralto for Defendant Eric G. Tanaka's deprivation of her right to be free from cruel and unusual punishment? _____

25. What amount of punitive damages, if any, do you award to Plaintiff Monica J. Alves Peralto for Defendant Eric G. Tanaka's deprivation of her right to be free from cruel and unusual punishment? _____

## PLAINTIFF ARTEMIO PANLASIGUI, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAWNIELLE C. PANLASIGUI

26. Did Plaintiff Artemio Panlasigui, as personal representative of the estate of Dawnielle C. Panlasigui, establish by a preponderance of the evidence that Defendant Eric G. Tanaka deprived her of her right to be free from cruel and unusual punishment due to sexual assault committed by Taofi Magalei, Jr.?

    ___ YES         _X_ NO

27. Did Plaintiff Artemio Panlasigui, as personal representative of the estate of Dawnielle C. Panlasigui, establish by a preponderance of the evidence that Defendant Eric G. Tanaka deprived her of her right to be free from cruel and unusual punishment due to his own failure to protect her from sexual assault committed by Taofi Magalei, Jr.?

    ___ YES         _X_ NO

28. Did Plaintiff Artemio Panlasigui, as personal representative of the estate of Dawnielle C. Panlasigui, establish by a preponderance of the evidence that Defendant Eric G. Tanaka deprived her of her right to be free from cruel and unusual punishment due to Taofi Magalei, Jr.'s failure to protect her?

    ___ YES         _X_ NO

If you answered YES to any of the above questions regarding Plaintiff Artemio Panlasigui, please proceed to questions 29 and 30. If you answered NO to *all* of the above, please sign and date this Verdict Form.

29. What amount of damages do you award to Plaintiff Artemio Panlasigui, as personal representative of the estate of Dawnielle C. Panlasigui, for Defendant Eric G. Tanaka's deprivation of her right to be free from cruel and unusual punishment?_____

30. What amount of punitive damages, if any, do you award Plaintiff Artemio Panlasigui, as personal representative of the estate of Dawnielle C. Panlasigui, for Defendant Eric G. Tanaka's deprivation of her right to be free from cruel and unusual punishment?_____

Sign and date the Verdict Form and call the Courtroom Manager.

DATED:   Honolulu, Hawai'i, _____November 13, 2022_____

_____Daniel S Scanlon_____
JURY FOREPERSON