AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| LEINETTE KAINOA REYES, DANA K.A. BABA, TIANA M. SOTO, SHAWNA L. TALLMAN, MONICA J. ALVES PERALTO, AND ARTEMIO PANLASIGUI, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAWNIELLE C. PANLASIGUI,<br><br>      Plaintiffs,<br><br>V.<br><br>ERIC G. TANAKA,<br><br>      Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 17-00143 JAO-KJM<br><br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>November 17, 2022<br><br>At 4 o'clock and 00 min p.m.<br>JOHN A. MANNLE, CLERK |

[✓]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court**. This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant pursuant to the "VERDICT FORM", ECF No. 699, filed on November 16, 2022.

| | |
|---|---|
| November 17, 2022 | JOHN A. MANNLE |
| Date | Clerk |
| | /s/ JOHN A. MANNLE by JI |
| | (By) Deputy Clerk |