# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:17-cv-00143-JAO-KJM |
| CASE NAME: | Reyes, et al. v. Tanaka, et al. |
| ATTYS FOR PLAS: | Terrance M. Revere, Esq.<br>Richard E. Wilson, Esq. |
| ATTYS FOR DEFS: | Skyler G. Cruz, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | ZOOM |
| DATE: | 05/12/2023 | TIME: | 12:29–12:35 |

COURT ACTION:  EP:  SETTLEMENT ON THE RECORD held.

Counsel confirmed the **material and essential terms** of the settlement, which is subject to legislative approval.

Counsel confirmed that their respective clients **consent** to the conditional settlement terms.

The Court will administratively close the case.  The parties will submit a stipulation for dismissal with prejudice once the legislature approves the settlement.

All further **deadlines and court dates are VACATED**.

*Submitted by:  KJM2*